# MILLER, LEIBY & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

32 Broadway, 13th Floor • New York, NY 10004
Tel 212.227.4200 • Fax 212.504.8369 • MillerLeiby.com

March 24, 2023

*Via ECF*
Honorable Judge Edwards R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

      **RE:**    LOURDES MARTE and THOMAS SANTOS (Plaintiffs), v.
                DOLLAR TREE STORES, INC., FAMILY DOLLAR STORES OF
                NEW YORK, INC. and FAMILY DOLLAR (Defendants)
                DOLLAR TREE STORES, INC., FAMILY DOLLAR
                STORES OF NEW YORK, INC. and FAMILY DOLLAR
                (Third-Party Plaintiffs) v. 705-711 FRANKLIN REALTY LLC and
                JAMAICA AUTUMN LLC (Third-Party Defendants)
                No.: 1:20-CV-00313 (E.D.N.Y, Filed June 15, 2020)

Dear Honorable Korman:

      Pursuant to the Honorable Court's Order dated March 10, 2023, please accept this correspondence and enclosed declaration on behalf of Mr. Weiss and declaration page in support of 705-711 Franklin Realty LLC's summary judgment motion.

      Thank you for your consideration.

                                    Very truly yours,

                                    MILLER, LEIBY & ASSOCIATES, P.C.

                        BY:   */s/ Jeffrey R. Miller*
                                    Jeffrey R. Miller, Esq.

CC:    Bradley J. Levien, Esq.
         MURHY SANCHEZ, PLLC
         Attorney for Defendants/Third-Party Plaintiffs
         **FAMILY DOLLAR STORES OF NEW YORK, INC.,**
         **also i/s/h/a DOLLAR TREE STORES, INC., and FAMILY DOLLAR**
         100 Duffy Avenue, suite 510
         Hicksville, NY 11801
         (516) 271-2582

Ira M. Perlman, Esq.
LAW OFFICES OF IRA M. PERLMAN, P.C. and ROBERTO D. ROSEN, P.C.
Attorney for Plaintiffs
**LOURDES MARTE and THOMAS SANTOS**
60 Cutter Mill Road, Suite 206
Great Neck, NY 11021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| LOURDES MARTE and THOMAS SANTOS, | Docket No.:1:20-CV-00313 |
| Plaintiff(s) | **DECLARATION OF MARK WEISS** |
| -against- | |
| DOLLAR TREE STORES, INC., FAMILY DOLLAR STORES OF NEW YORK, INC., and FAMILY DOLLAR, | |
| Defendant(s) | |
| DOLLAR TREE STORES, INC., FAMILY DOLLAR STORES OF NEW YORK, INC., and FAMILY DOLLAR, | |
| Third-Party Plaintiff(s) | |
| -against- | |
| 705-711 FRANKLIN REALTY LLC and JAMAICA AUTUMN LLC | |
| Third-Party Defendant(s) | |

_____

I, Mark Weiss, pursuant to 28 U.S.C. 1746 declare that the following is true and correct under the penalty of perjury:

1. I am the president of 705-711 FRANKLIN REALTY LLC.

2. I am a custodian of records for such business entity.

3. I am fully familiar with the facts and circumstances of this matter based upon my review of the applicable files maintained by my office.

4. Pursuant to the lease agreement, 705-711 FRANKLIN REALTY LLC was required to procure insurance for the property located at 888 Jamaica Avenue, Kings County, New York.

5. On July 25, 2018, the date of the plaintiff's accident, 705-711 FRANKLIN REALTY LLC's insurance coverage applicable to the above-referenced loss was a commercial general liability policy issued by KBIC Insurance Policy No. 010191453CP0100, with effective dates of August 8, 2017 – August 8, 2018, and personal injury limits of $1,000,000 per occurrence / $2,000,000 aggregate. A copy of the declarations page is attached hereto as **Exhibit "1"** to this affidavit.

6. I state that the above record, **Exhibit "1"**, attached hereto is a true and accurate duplicate of the original record in custody of 705-711 FRANKLIN REALTY LLC and was kept in its normal course of business.

7. I am familiar with the content and substance of the attached record as **Exhibit "1"** and said policy was in effect on the date of accident, July 25, 2018.

8. The aforementioned record was kept in the course of a regularly conducted business activity of 705-711 FRANKLIN REALTY LLC.

I declare under the penalty of perjury that the foregoing is true and accurate. Executed on this 22 of March, 2023.

MARK WEISS

MARINA VAYSBAUM
Notary Public, State of New York
No. 01VA6120545
Qualified in Richmond County
Commission Expires Dec. 20, 2024

3/22/23

Scanned with CamScanner

**EXHIBIT 1**



Policy Number
010191453CP0100

COMMON POLICY DECLARATIONS

**LEADING INSURANCE SERVICES, INC.**
US MANAGER FOR KOOKMIN BEST INSURANCE CO., LTD. (US BRANCH)
400 KELBY STREET 15TH FL. FORT LEE, NJ 07024

| Item 1. Named Insured and Mailing Address | Agent Name and Address |
|---|---|
| 705-711 FRANKLIN REALTY LLC<br>PO BOX 350125<br>BROOKLYN, NY 11208 | 3101114469 - MORSTAN GENERAL AGENCY, INC<br>PO BOX 4500<br>MANHASSET, NY 11030<br><br>Agent No. 3101114469 |

Item 2.  Policy Period   From: August 08, 2017   To: August 08, 2018
at 12:01 AM., Standard Time at your mailing address shown above.

Item 3.  Business Description:  Department or Discount Stores
Form of Business:  Limited Liability Company

Item 4.  In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Premium |
|---|---|
| Commercial Property Coverage Part | $ |
| Commercial General Liability Coverage Part | $ |
| Commercial Crime Coverage Part | |
| Commercial Inland Marine Coverage Part | |
| Commercial Auto (Business or Truckers) Coverage Part | |
| Commercial Garage Coverage Part | |
| | $ |
| TAX OR SURCHARGE | $ |
| Total Policy Premium | $ |

Item 5.  Forms and Endorsements
Form(s) and Endorsement(s) made a part of this policy at time of issue:

**See Schedule of Forms and Endorsements**

Signed:

Date: _____August 8, 2017_____ By: _____
President

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECALARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

**CO-DEC (07/01)**

Client Copy



**Policy Number** 010191453CP0100

**COMMERCIAL PROPERTY COVERAGE PART**
**SUPPLEMENTAL DECLARATIONS**
**KOOKMIN BEST INSURANCE CO., LTD. (US BRANCH)**

| Named Insured | 705-711 FRANKLIN REALTY LLC | Effective Date: | August 08, 2017 |
|---|---|---|---|
| | | | 12:01 A.M., Standard Time |
| Agent Name | 3101114469 - MORSTAN GENERAL AGENCY, INC | Agent No. | 3101114469 |

| Item 1. | Business Description: Department or Discount Stores |
|---|---|
| Item 2. | Premises Described: **See Schedule of Locations** |
| Item 3. | $500 Deductible unless otherwise indicated. |
| Item 4. | Coverage Provided |

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 001 | 001 | BUILDING<br>MASONRY NON-COMBUSTIBLE - OTHER THAN REINFORCED - LIGHT STEEL | $1,606,000 | SPECIAL | 80% |

**Other Provisions**

☐ Agreed Value:     Expires:     ☒ Replacement Cost
☐ Business Income Indemnity: Monthly Limit:    ☐ Period: Maximum    ☐ Inflation Guard:
    Reporting                                      Extended  Days           BI Media
Extension of Recovery Period: Months
Deductible: $1,000     Glass Deductible: $500           Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| 001 | 001 | BUSINESS INCOME WITH EXTRA EXPENSE<br>MASONRY NON-COMBUSTIBLE - OTHER THAN REINFORCED - LIGHT STEEL | $256,000 | SPECIAL | 80% |

**Other Provisions**

☐ Agreed Value:     Expires:     ☐ Replacement Cost
☐ Business Income Indemnity: Monthly Limit:    ☐ Period: Maximum    ☐ Inflation Guard:
    Reporting                                      Extended  Days           BI Media
Extension of Recovery Period: Months
Deductible:     Glass Deductible:            Exceptions

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Coins. |
|---|---|---|---|---|---|
| | | | | | |

**Other Provisions**

☐ Agreed Value:     Expires:     ☐ Replacement Cost
☐ Business Income Indemnity: Monthly Limit:    ☐ Period: Maximum    ☐ Inflation Guard:
    Reporting                                      Extended  Days           BI Media
Extension of Recovery Period: Months
Deductible:     Glass Deductible:            Exceptions

| Item 5. | Forms and Endorsements |
|---|---|
| Form(s) and Endorsement(s) made a part of this policy at time of issue: | |
| **See Schedule of Forms and Endorsements** | |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

**PF-DEC2 (10/00)**

Client Copy



**Policy Number**
**010191453CP0100**

## COMMERCIAL PROPERTY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS
## KOOKMIN BEST INSURANCE CO., LTD. (US BRANCH)

| Named Insured | 705-711 FRANKLIN REALTY LLC | Effective Date: | August 08, 2017 12:01 A.M., Standard Time |
|---|---|---|---|
| Agent Name | 3101114469 - MORSTAN GENERAL AGENCY, INC | Agent No. | 3101114469 |

| Item 1. | Business Description: | Department or Discount Stores | |
|---|---|---|---|
| **Item 2.** | **Limits of Insurance** | | |
| Coverage | | Limits | |
| Equipment Breakdown Limit | | Included with Applicable Property Limit | |
| Property Damage | | Included with Applicable Property Limit | |
| Business Income | | Included with Applicable Property Limit | |
| Perishable Goods | | $25,000 | |
| Expediting Expenses | | $25,000 | |
| Drying Out | | $10,000 | |
| Pollution Clean Up and Removal | | $25,000 | |
| Data Restoration | | $25,000 | |
| Demolition and Increased Cost of Construction | | $25,000 | |
| Deductibles | | Property Deductibles | |
| **Item 3.** | **Location of Premises** | | |
| All locations in the state of New York | | | |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.
**EB-DEC (09/14)**

Client Copy



**Policy Number**
**010191453CP0100**

COMMERCIAL GENERAL LIABILITY COVERAGE PART
SUPPLEMENTAL DECLARATIONS

## KOOKMIN BEST INSURANCE CO., LTD. (US BRANCH)

| | | | |
|---|---|---|---|
| Named Insured | 705-711 FRANKLIN REALTY LLC | Effective Date: | August 08, 2017 |
| | | | 12:01 A.M., Standard Time |
| Agent Name | 3101114469 - MORSTAN GENERAL AGENCY, INC | Agent No. | 3101114469 |

| | |
|---|---|
| Item 1. | Business Description: MERCANTILE - PREMISES/OPERATIONS AND PRODUCTS/COMPLETED |
| Item 2. | Limits of Insurance |

| Coverage | | Limit of Liability | |
|---|---|---|---|
| Aggregate Limits of Liability | | 2,000,000 CSL | Products/Completed Operations Aggregate |
| | | 2,000,000 CSL | General Aggregate (other than Products/Completed Operations) |
| Coverage A - | Bodily Injury and Property Damage Liability | 1,000,000 CSL | any one occurrence subject to the Products/Completed Operations and General Aggregate Limits of Liability |
| | Damage To Premises Rented To You | $100,000 | any one premises subject to the Coverage A occurrence and the General Aggregate Limits of Liability |
| Coverage B - | Personal and Advertising Injury Liability | $1,000,000 | any one person or organization subject to the General Aggregate Limits of Liability |
| Coverage C - | Medical Payments | $5,000 | any one person subject to the Coverage A occurrence and the General Aggregate Limits of Liability |

| | |
|---|---|
| Item 3. | Retroactive Date |

This Insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" which occurs before the Retroactive Date, if any, shown here:      None
(Enter Date or "None" if no Retroactive Date applies)

| | |
|---|---|
| Item 4. | Form of Business and Location of Premises |

Forms of Business:
Location of All Premises You Own, Rent or Occupy:
   **See Schedule of Locations**

| | |
|---|---|
| Item 5. | Forms and Endorsements |

Form(s) and Endorsement(s) made a part of this policy at time of issue:
   **See Schedule of Forms and Endorsements**

| | |
|---|---|
| Item 6. | Premiums |
| Coverage Part Premium: | ▮▮▮▮ |
| Other Premium: | ▮▮▮▮ |
| Total Premium: | ▮▮▮▮ |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

**GL-DEC (12/01)**